FAX
U.S. COURTS
2005 SEP 15 AM 8:56
REC'D_____FILED EB
CAMERON S. BURKE,
CLERK          IDAHO

A. LUIS LUCERO, JR., REGIONAL ATTORNEY
KATHRYN OLSON, ACTING REGIONAL ATTORNEY
DAMIEN LEE. SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Damien.Lee@EEOC.gov
Tel: (206) 220-6915
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | CASE NO. <br><br> **CIV05-376-C-EJL** <br><br> COMPLAINT |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation

COMPLAINT - Page 1 of 5                           EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                                              909 FIRST AVENUE, SUITE 400
                                                              SEATTLE, WASHINGTON 98104-1061
                                                              Telephone (206) 220-6883
                                                              Fax (206) 220-6911
                                                              TDD (206) 220-6882

and to provide appropriate relief to Travis Woods. The Equal Employment Opportunity Commission alleges that defendant subjected Mr. Wood to harassment based on his race (African American) and then retaliated against him for complaining about racial harassment, ultimately terminating him. Plaintiff seeks monetary relief, including nonpecuniary compensatory and punitive damages, and injunctive relief, on behalf of Mr. Woods.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.  At all relevant times, defendant Wal-Mart Stores, Inc. has been a corporation continuously doing business in the State of Idaho and has continuously had at least 15 employees.

COMPLAINT – Page 2 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

5. At all relevant times, defendant Wal-Mart Stores, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Woods filed a charge with the Commission alleging violations of Title VII by Wal-Mart Stores, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least January 1, 2001 until at least March 2003, defendant engaged in unlawful employment practices at its Lewiston, Idaho store in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices through the following actions: (1) by subjecting Mr. Woods to racial harassment; (2) by discriminating against Mr. Woods based on his race; (3) by retaliating against Mr. Woods for his complaints to company officials about racial harassment; and (4) by discriminating and retaliating against Mr. Woods by terminating him in March 2003.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Woods of equal employment opportunities and otherwise adversely affect his status as an employee.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Woods.

COMPLAINT - Page 3 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Mr. Woods by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D. Order defendant to make whole Mr. Woods by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E. Order defendant to pay Mr. Woods punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

COMPLAINT – Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

G.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 15th day of September, 2005.

| | |
|---|---|
| A. LUIS LUCERO, JR.<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| KATHRYN OLSON<br>Acting Regional Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | |

BY: _[signature]_

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Damien.Lee@EEOC.gov
Telephone (206) 220-6915

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Office of the General Counsel
1801 "L" Street, N.W.
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT – Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882