UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CV 05-00376-C-EJL |
| v. | ) ) | **ORDER** |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) ) | |

Currently pending before the Court is Defendant's Motion to Shorten Time to Hear Wal-Mart's Motion to Extend Deadline for Expert Discovery. (Docket No. 37). Defendant seeks expedited briefing and a hearing on the Motion because the deadline to complete expert discovery is just over a week away, on September 14, 2006. A related deadline at issue is that for Defendant to disclose its expert witnesses, which passed on August 7, 2006. Defendant disclosed an expert, Dr. Nancy Collins, on this date, but did not provide an expert report at the same time. *Memorandum in Support of Motion to Extend Deadline*, p. 2 (Docket No. 35). Instead, Defendant's counsel advised Plaintiff's counsel that Dr. Collins' report would not be available until the first week of September, 2006. *Killeen Declaration*, p. 2, ¶ 3 (Docket No. 36). As of September 5, 2006, the report had not been provided to Plaintiff. *Memorandum in Support of Motion to Extend Deadline*, p. 4 (Docket No. 35). Citing a lack of time to prepare for the deposition given that Dr. Collins' report has not yet been provided by Defendant, Plaintiff's

counsel declined to schedule a deposition of Dr. Collins before the September 14, 2006 deadline to complete expert discovery and has indicated that Plaintiff will object to any extension of time to allow Defendant to submit Dr. Collins' report. *Id.* at Ex. B.

It is in this context, and with the deadline to file dispositive motions expiring on September 25, 2006, that Defendant makes its request for the Court to expedite hearing of its Motion. Because the deadlines to complete expert discovery and file dispositive motions are fast approaching, Defendant's request for an expedited briefing schedule will be granted. However, because Damien Lee—the attorney for Plaintiff with whom defense counsel has been communicating regarding the expert discovery issues—is out of the office this week through Friday, September 8, 2006, it would be unreasonable to expect Plaintiff to respond to Defendant's Motion any sooner than next week.[1]

Accordingly, Plaintiff's brief in response to Defendant's Motion is due by 5:00 p.m. on Wednesday, September 13, 2006. Defendant's reply brief, if any, is due by 5:00 p.m. on Friday, September 15, 2006. To further expedite consideration of the matter, the Court will rule on the Motion without a hearing. This briefing schedule will not allow for a ruling on Defendant's Motion before the September 14, 2006 deadline, but the schedule is necessitated by Defendant's filing of its Motion barely a week before the deadline and the unavailability of Plaintiff's counsel this week. Any prejudice to either party from an extension of time can be remedied by an extension of the deadlines to file dispositive motions, designate a rebuttal expert, and complete expert discovery, at the discretion of the Court.

---

[1] The majority of the communications cited by Defendant in support of its Motion to Extend Deadline for Expert Discovery have been with Mr. Lee and defense counsel is aware that Mr. Lee is currently out of the office. *See Killeen Declaration*, Exhibits A & B (Docket No. 36).

**ORDER**

IT IS THEREFORE HEREBY ORDERED:

1.  Defendant's Motion to Shorten Time to Hear Wal-Mart's Motion to Extend Deadline for Expert Discovery (Docket No. 37) is GRANTED, in part, and DENIED, in part. Defendant's request for an expedited briefing schedule is granted. Plaintiff's response brief shall be filed by 5:00 p.m. on Wednesday, September 13, 2006. Defendant's reply brief, if any, shall be filed by 5:00 p.m. on Friday, September 15, 2006. Defendant's request for a hearing on the Motion to Extend Time for Expert Discovery is denied.



DATED: **September 7, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge